IIN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HAROLD ALLEN,                          :
                                       :
            Plaintiff,                 :
      v.                               :      3:18-CV-1216
                                       :      (JUDGE MARIANI)
FIRST NATIONAL BANK                    :
OF OMAHA,                              :
                                       :
            Defendant.                 :

## ORDER

**AND NOW THIS** 28th **DAY OF JUNE 2021**, upon consideration of Plaintiff's

"Motion for Partial Summary Judgment for 236 Telephone Calls" (Doc. 27), for the reasons

set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED**

**THAT** Plaintiff's Motion (Doc. 27) is **DENIED**.

_____
Robert D. Mariani
United States District Judge