# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Harold Allen,<br>    Plaintiff<br><br>v.<br><br>First National Bank of Omaha,<br>    Defendant | Docket 3:18-cv-01216-RDM<br><br>(JUDGE ROBERT D. MARIANI)<br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

Please dismiss this action without costs and with prejudice.

| | |
|---|---|
| s/ Brett Freeman | s/ Joann Needleman (with consent) |
| Attorney for Plaintiff<br>Brett Freeman: PA 308834<br>Sabatini Freeman, LLC<br>216 N Blakely Street<br>Dunmore, PA 18512<br>Phone (570) 341-9000<br>Facsimile (570) 504-2769<br>Email: bfecf@sabatinilawfirm.com | Attorney for Defendant<br>Joann Needleman: PA 74276<br>Clark Hill, PLC<br>2005 Market Street<br>2006 Suite 1000<br>Philadelphia, PA 19103<br>Phone (215) 640-8536<br>Facsimile (215) 640-8501<br>Email jneedleman@clarkhill.com |