# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Harold Allen, Plaintiff | Docket 3:18-cv-01216-RDM |
| v. | (JUDGE ROBERT D. MARIANI) |
| First National Bank of Omaha, Defendant | FILED ELECTRONICALLY |

## ORDER

The parties having filed a Stipulation of Voluntary Dismissal, IT IS

ORDERED that this action is hereby dismissed without costs and with

prejudice.

The Clerk of Court is directed to close the case.

Date: 5/15/21

Robert D. Mariani
United States District Judge